IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| GANGADHARAN KRISHNAN, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | Case No. 4:05cv374 |
| § | |
| ALLSTATE INSURANCE COMPANY, § | |
| § | |
| Defendant. § | |

## AGREED MOTION TO DISMISS
## ALL CLAIMS WITH PREJUDICE

Plaintiff Gangadharan Krishnan and Defendant Allstate Insurance Company jointly move the Court to dismiss with prejudice all claims in this lawsuit.

By agreement, the Parties have resolved all claims asserted in this action, without admitting liability, and there is no matter in controversy to be resolved by the Court. Plaintiff has agreed to dismiss the claims against Defendant with prejudice to the refiling of same, with costs of court taxed against the parties incurring same.

WHEREFORE, Movants pray that the Court dismiss with prejudice all claims brought in this litigation, and that costs of court be taxed against the parties incurring same.

**AGREED MOTION TO DISMISS ALL CLAIMS WITH PREJUDICE – PAGE 1**

Respectfully submitted,

/s/ Douglas T. Floyd (with permission)
Douglas T. Floyd
Texas State Bar No. 10171900
850 East Central Parkway, Suite 120
Plano, Texas 75074
Telephone: (972) 578-8186
Facsimile: (972) 578-8412

ATTORNEY FOR PLAINTIFF

/s/ W. Richmond Malone
John V. Jansonius
Texas State Bar No. 10571900
W. Richmond Malone
Texas State Bar No. 24027470
AKIN GUMP STRAUSS HAUER & FELD LLP
1700 Pacific Avenue, Suite 4100
Dallas, Texas 75201-4675
Telephone (214) 969-2800
Facsimile: (214) 969-4343

ATTORNEYS FOR DEFENDANT ALLSTATE INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2006, a copy of the foregoing document was served on Plaintiff's counsel via electronic notification.

/s/ W. Richmond Malone
W. Richmond Malone

**AGREED MOTION TO DISMISS ALL CLAIMS WITH PREJUDICE – PAGE 2**